| Date | Pleading Number | |
|---|---|---|
| 1/19/76 | 1 | MOTION, BRIEF, CERT. OF SERVICE -- DEFENDANTS, INDUSTRIAL LIGHTING PRODUCTS CO., LAWRENCE NELSON, GLENDON ABRAMS, LARRY BLADE AND CHARLES E. DAVIS  SUGGESTED TRANSFEREE DISTRICT -- EASTERN DISTRICT OF MICHIGAN |
| 1/29/76 | | APPEARANCE -- P. G. Pennoyer for Commercial Lighting Products, Inc. |
| 1/30/76 | | APPEARANCE -- GERALD G. ANGEMEIER FOR ALL DEFENDANTS |
| 2/4/76 | 2 | RESPONSE -- COMMERCIAL LIGHTING PRODUCTS, INC. w/ cert. of service |
| 2/17/76 | 3 | REPLY BRIEF -- INDUSTRIAL LIGHTING PRODUCTS w/cert. of service |
| 2/23/76 | | WAIVER OF ORAL ARGUMENT (2/27/76 HEARING) Industrial Lighting Products, Inc. |
| 1/30/76 | | HEARING ORDER -- Setting litigation for hearing 2/27/76, San Diego, California |
| 6/9/76 | | OPINION AND ORDER DEINING TRANSFER OF LITIGATION |

## Description of Litigation

MDL DOCKET NO. 245 -- IN RE COMMERCIAL LIGHTING PRODUCTS, INC. CONTRACT LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) 3/27/76

Date(s) of Opinion(s) or Order(s) 6/9/76

Consolidation Ordered ___    Name of Transferee Judge ___

Consolidation Denied  X     Transferee District ___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Commercial Lighting Products, Inc. v. Industrial Lighting Products Co., et al. | E.D. Mich. Feikens | 571704 | | | | |
| A-2 | Commercial Lighting Products, Inc. v. Industrial Lighting Products Co., et al. | S.D. Indiana Dillin | IP75-655-C | | | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 245  --  IN RE COMMERCIAL LIGHTING PRODUCTS, INC.

CONTRACT LITIGATION

| Plaintiff | Defendant |
|---|---|
| COMMERCIAL LIGHTING PRODUCTS, INC.<br>Paul G. Pennoyer, Jr., Esquire<br>Chadbourne, Parke, Whiteside & Wolff<br>30  Rockefeller Plaza<br>New York, New York  10020 | INDUSTRIAL LIGHTING PRODUCTS CO.<br>LAWRENCE NELSON<br>GLENDON ABRAMS<br>LARRY BLADE<br>CHARLES E. DAVIS<br>Gerald C. Angemeier, Esquire<br>Jewell, Crump & Angemeier<br>Post Office Box C<br>1325 Washington Street<br>Columbus, Indiana  47201 |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 245 -- IN RE COMMERCIAL LIGHTING PRODUCTS, INC. CONTRACT LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| INDUSTRIAL LIGHTING PRODUCTS CO. | A-1   A-2 |
| LAWRENCE NELSON | A-1   A-2 |
| GLENDON ABRAMS | A-2 |
| LARRY BLADE | A-2 |
| CHARLES E. DAVIS | A-2 |
| | |
| | |
| | |
| | |
| | |